# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———

No. 16-50436
Summary Calendar

———

United States Court of Appeals
Fifth Circuit

**FILED**
April 17, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALBERTO CASTRUITA-ESCOBEDO,

Defendant-Appellant

———

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:15-CR-478-1

———

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

Alberto Castruita-Escobedo was convicted of illegal reentry and was sentenced within the guidelines range to 41 months of imprisonment and three years of supervised release. He contends that his sentence is substantively unreasonable and greater than necessary to satisfy the 18 U.S.C. § 3553(a) factors. However, he fails to demonstrate any error with respect to the substantive reasonableness of his sentence. *See United States v. Cooks*, 589

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50436

F.3d 173, 186 (5th Cir. 2009); *United States v. Campos-Maldonado*, 531 F.3d 337, 338 (5th Cir. 2008).

The judgment of the district court is AFFIRMED.